

FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br>DANIEL CLARK MUIR,<br>　　　　Defendant. | Case No. CR 06-0573-JSL<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>Fed. R. Crim. P. 32.1(a)(6)<br><br>[Allegations of Violations of Probation or Supervised Release or Conditions of Release] |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A) (✔) the appearance of defendant as required; and/or

(B) (✔) the safety of any person or the community.

/

The Court concludes:

A. (✔) Defendant poses a risk to the safety of other persons or the community because of his criminal history, including his 2010 felony conviction.

B. (✔) Defendant is a flight risk because he has a history of past non-compliance, plus the instant allegations, namely, failing to report for drug testing, failing to attend counseling, and failing to perform community service.

IT IS ORDERED that Defendant be detained.

DATED: September 9, 2011

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE